976

No. 11–6052. IN RE PLEASANT;
No. 11–6075. IN RE BOWENS; and
No. 11–6377. IN RE SEARS. Petitions for writs of mandamus denied.

No. 11–256. IN RE VEY. Petition for writ of mandamus and/or prohibition denied.

No. 10–1445. TEMPERLY v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 10–1448. VARUGHESE v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–1535. VILLANUEVA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10352. CRAWFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10784. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10954. MCCLURE v. OREGON DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Ore. Certiorari denied.

No. 10–11137. PARKES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–11143. MARS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11193. CHAMBERLIN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–11211. KYEI v. OREGON DEPARTMENT OF TRANSPORTATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–2. STRYKER CORP. ET AL. v. BAUSCH. C. A. 7th Cir. Certiorari denied.

No. 11–80. GILA RIVER INDIAN COMMUNITY v. LYON. C. A. 9th Cir. Certiorari denied.

No. 11–113. DONINGER v. NIEHOFF ET AL. C. A. 2d Cir. Certiorari denied.